DALE A. BLICKENSTAFF - #40681
Attorney at Law
2350 W. Shaw Ave, Suite 132
Fresno, California 93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile

Attorney for Defendant,
BRANDON SHAWN GREENE

FILED

JUN 2 9 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:11-CR-00213 |
|---|---|
| Plaintiff, | **ORDER REGARDING SERVICE OF SUBPOENA DUCES TECUM** |
| v. | |
| BRANDON SHAWN GREENE, | |
| Defendant. | |

It is hereby ordered that the Office of the United States Marshal shall serve the Subpoena Duces Tecum authorized for issuance on June 14, 2012 in the above-entitled matter.

Dated: 6/29/12

_____
DENNIS BECK
MAGISTRATE JUDGE

ORDER GRANTING EX PARTE APPLICATION FOR SUBPOENA DUCES TECUM
Case No. 1:11-CR-00213