1  **DALE A. BLICKENSTAFF - #40681**
   Attorney at Law
2  2350 West Shaw Avenue, Suite 132
   Fresno, California 93711
3  (559) 432-0986 Telephone
   (559) 432-4871 Facsimile
4

5  Attorney for Defendant, BRANDON SHAWN GREENE

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   Case No. 1:11-CR-00213 DLB AWI
                                      )
12 |         Plaintiff,                )   STIPULATION AND ORDER FOR
                                      )   CONTINUANCE FOR STATUS
13 | v.                                )   CONFERENCE
                                      )
14 | BRANDON SHAWN GREENE,            )
                                      )   Date  :  October 29, 2012
15 |         Defendant.                )   Time  :  1:00 p.m.
   |_____  )   Judge :  Dennis L. Beck
16

17

18       It is hereby stipulated by and between Benjamin B. Wagner, United States Attorney and

19 Kimberly Sanchez, Assistant U.S. Attorney and Dale A. Blickenstaff, attorney for BRANDON

20 SHAWN GREENE that the status conference set for October 29, 2012 at 1:00 p.m. be taken off

21 calendar and instead the matter set for further status conference on November 26, 2012 at 1:00 p.m.

22       The defense is still in the process of locating and interviewing defense witnesses. In addition,

23 a thumb drive which purportedly contains data which serves to incriminate the defendant is still being

24 examined by a defense expert.

25       The parties agree that the time between the date of this stipulation and the new status

26 conference hearing date of November 26, 2012, shall be excluded in the interests of justice, including

27 but not limited to continuity of counsel and reasonable time necessary for effective preparation

28 pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv).

For the reasons set forth above, the parties respectfully request that the hearing scheduled for October 29, 2012 at 1:00 p.m. be dropped from the calendar and a new status conference be scheduled for November 26, 2012 at 1:00 p.m.

Dated: October 26, 2012                     Respectfully submitted,

                                                                   BENJAMIN B. WAGNER
                                                                   United States Attorney

                                                                   By   /S/
                                                                   KIMBERLY SANCHEZ
                                                                   Assistant U.S. Attorney

Dated: October 26, 2012                     By   /S/ Dale A. Blickenstaff
                                                                   DALE BLICKENSTAFF
                                                                   Attorney for BRANDON SHAWN GREENE

## ORDER

Time is excluded pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv).

IT IS SO ORDERED.

Dated:   **October 26, 2012**                     **/s/ Dennis L. Beck**
                                                                        UNITED STATES MAGISTRATE JUDGE