**DALE A. BLICKENSTAFF - #40681**
Attorney at Law
2350 West Shaw Avenue, Suite 132
Fresno, California  93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile


Attorney for Defendant, BRANDON SHAWN GREENE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRANDON SHAWN GREENE,<br><br>    Defendant. | Case No. 1:11-CR-00213 DLB AWI<br><br>STIPULATION AND ORDER FOR CONTINUANCE FOR STATUS CONFERENCE<br><br>Date  :  November 26, 2012<br>Time  :  1:00 p.m.<br>Judge :  Dennis L. Beck |

   It is hereby stipulated by and between Benjamin B. Wagner, United States Attorney and Kimberly Sanchez, Assistant U.S. Attorney and Dale A. Blickenstaff, attorney for BRANDON SHAWN GREENE that the status conference set for November 26, 2012 at 1:00 p.m. be taken off calendar and instead the matter set for further status conference on January 14, 2013 at 1:00 p.m.

   The defense is continuing to interview witnesses.  Also, additional documents have been requested from the Government and their production is expected shortly.  Time is needed to analyze those documents and to interview witnesses.

   The parties agree that the time between the date of this stipulation and the new status conference hearing date of January 14, 2013, shall be excluded in the interests of justice, including but not limited to continuity of counsel and reasonable time necessary for effective preparation pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv).

1  For the reasons set forth above, the parties respectfully request that the hearing scheduled for November 26, 2012 at 1:00 p.m. be dropped from the calendar and a new status conference be scheduled for January 14, 2013 at 1:00 p.m.

Dated: November 21, 2012        Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney


By    /S/
KIMBERLY SANCHEZ
Assistant U.S. Attorney


Dated: November 21, 2012        By   /S/ Dale A. Blickenstaff
DALE BLICKENSTAFF
Attorney for BRANDON SHAWN GREENE


**IT IS SO ORDERED**.

Time is excluded pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv).
    IT IS SO ORDERED.

   Dated:   **November 21, 2012**            **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE