1 | **DALE A. BLICKENSTAFF - #40681**
Attorney at Law
2 | 2350 West Shaw Avenue, Suite 132
Fresno, California 93711
3 | (559) 432-0986 Telephone
(559) 432-4871 Facsimile
4 |

5 | Attorney for Defendant, BRANDON SHAWN GREENE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:11-CR-00213 AWI BAM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER FOR NEW** |
| ) | **MOTION SCHEDULE** |
| v. ) | |
| ) | |
| BRANDON SHAWN GREENE, ) | Date : April 8, 2013 |
| ) | Time : 10:00 a.m. |
| Defendant. ) | Judge : Anthony Ishii |
| _____ ) | |

It is hereby stipulated by and between Benjamin B. Wagner, United States Attorney and Kimberly Sanchez, Assistant U.S. Attorney and Dale A. Blickenstaff, attorney for BRANDON SHAWN GREENE that the current motion schedule of:

| | |
|---|---|
| Defense Motions Due | February 19, 2013 |
| Government Responses Due | March 19, 2013 |
| Hearing on Motions | April 13, 2013 at 10:00 a.m. |

Be changed to a new schedule as follows:

| | |
|---|---|
| Defense Motions Due | March 19, 2013 |
| Government Responses Due | April 19, 2013 |
| Hearing on Motions | May 20, 2013 at 10:00 a.m. |

/ / /

---

**STIPULATION AND ORDER FOR NEW MOTION SCHEDULE**
Case No. 1:11-CR-00213 AWI BAM                                              Page 1

1    The defense needs additional time to prepare motions. Three motions are contemplated to be
2  filed - two are motions to dismiss charges and a third seeks to return property wrongfully seized.

3    Much of the government's documentary proof emanates from a computer inventory program
4  which reportedly has been destroyed. A backup system has been given over to the government. The
5  defense has asked for a copy and was furnished a thumb drive, but the thumb drive was totally
6  indecipherable.

7    Upon counsel for the defense and the government discussing the problem, it was agreed the
8  government's expert and the defense expert should communicate directly to agree on some method
9  to make the defense version understandable. Arrangements are being made for the experts to
10 teleconference and work out a plan to produce a suitable copy. Additional time is needed for this
11 evidence to be analyzed by the defense and possibly incorporated in a motion.

12   Secondly, the defense has requested status conference transcripts in this case which may prove
13 helpful in one of the contemplated motions. Even though the transcripts will be produced on an
14 expedited basis, they are not expected to arrive in time for a proper analysis before the motions are
15 currently due.

16   The parties agree that the time between the date of this stipulation and the new hearing on
17 motions dates of May 20, 2013 at 10:00 a.m. shall be excluded in the interests of justice, including
18 but not limited to continuity of counsel and reasonable time necessary for effective preparation
19 pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv).

20   For the reasons set forth above, the parties respectfully request that the hearing scheduled for
21 April 13, 2013 at 10:00 a.m. be dropped from the calendar and a new hearing on motions be scheduled
22 for May 20, 2013 at 10:00 a.m. Also, that the motion and response due dates set forth above be
23 changed accordingly.

24 Dated: February 11, 2013                            Respectfully submitted,

25                                                    BENJAMIN B. WAGNER
                                                      United States Attorney
26

27                                                    By    /S/ KIMBERLY SANCHEZ

28                                                    KIMBERLY SANCHEZ

Assistant U.S. Attorney

Dated: February 11, 2013     By  /S/ Dale A. Blickenstaff
                             DALE BLICKENSTAFF
                             Attorney for BRANDON SHAWN GREENE

**IT IS SO ORDERED**.

Time is excluded pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv).

Dated: _February 8, 2013_

UNITED STATES DISTRICT COURT JUDGE