BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BRANDON GREENE,<br><br>　　　　　　Defendant. | CASE NO. 1:11-CR-00213 AWI<br><br>STIPULATION AND<br>ORDER FOR EXTENSION OF TIME TO<br>FILE GOVERNMENT'S RESPONSE TO<br>DEFENDANT'S MOTIONS |

　　　IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Dale Blickenstaff, attorney for Brandon Greene, that the due date for the government's responses to defendant's motions in limine be extended from April 19, 2013 to May 3, 2013.  The undersigned Assistant U.S. Attorney will be out of the office on April 19, 2013 on a personal matter, and is unable to complete the response by that date.  The parties are also discussing plea

///
///
///
///

1  proposals, and anticipate further discussions prior to the time the
2  government's response is due.  There is no request for a continuance
3  of the hearing date.

Dated: April 19, 2013                    Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                   By    /s/ Kimberly A. Sanchez
                                         KIMBERLY A. SANCHEZ
                                         Assistant U.S. Attorney

Dated: April 19, 2013                    /s/ Dale Blickenstaff
                                         DALE BLICKENSTAFF
                                         Attorney for Brandon Greene


IT IS SO ORDERED.

Dated:   April 19, 2013                  _____
                                         SENIOR  DISTRICT  JUDGE