IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-CR-00213 AWI |
| Plaintiff, ) | |
| ) | ORDER ON GOVERNMENT'S |
| v. ) | MOTION TO DISMISS |
| ) | (Fed. R. Crim. P. 48 (a)) |
| BRANDON SHAWN GREENE, ) | |
| Defendant. ) | |
| _____ ) | |

O R D E R

IT IS HEREBY ORDERED that Counts seventeen through twenty two of the Indictment in the above-entitled case be dismissed.

IT IS SO ORDERED.

Dated:   May 7, 2013

_____
SENIOR  DISTRICT  JUDGE