BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-CR-00213 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER FOR EXTENSION OF BRIEFING |
| v. | ) | DEADLINES AND CONTINUANCE OF |
| | ) | HEARING |
| BRANDON GREENE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner,

United States Attorney and Kimberly A. Sanchez, Assistant U.S.

Attorney and Dale Blickenstaff, attorney for Brandon Greene, that the

due date for the government's response to defendant's motion to

dismiss counts 1-10 of the indictment be extended from May 3, 2013 to

May 10, 2013; that the due date for the defendant's reply to the

government's responses to the defendant's motions in limine be set

for May 24, 2013; and that the hearing on the motions be continued

from May 20, 2013 to June 3, 2013 at 1:30 p.m.  The pending motion

schedule did not have a date set for defense replies, and the defense

needs additional time to prepare its response.  The government filed

its responses to all defense motions, except for the motion to

1

1  dismiss counts 1-10 of the indictment, which was inadvertently

2  missed, and the government would also appreciate the additional time.

3      The parties further request the Court to enter an Order finding

4  that the "ends of justice" served by a continuance outweigh the

5  interest of the public and the defendant in a speedy trial, and that

6  the delay occasioned by such continuance is excluded from the Act's

7  time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).  In determining

8  whether such a continuance is warranted, the judge must consider,

9  among other things, "[w]hether the failure to grant such a

10  continuance in the proceeding would be likely to make a continuation

11  of such proceeding impossible, or result in a miscarriage of

12  justice."  18 U.S.C. § 3161(h)(7)(B)(I).

13  Dated: May 7, 2013                Respectfully submitted,

14                                    BENJAMIN B. WAGNER
                                      United States Attorney
15

16                                    By    /s/ Kimberly A. Sanchez
                                      KIMBERLY A. SANCHEZ
17                                    Assistant U.S. Attorney

18  Dated: May 7, 2013               /s/ Dale Blickenstaff
                                      DALE BLICKENSTAFF
19                                    Attorney for Brandon Greene

20

21

22

23  IT IS SO ORDERED.

24

25  Dated:    May 8, 2013             _____

26                                    SENIOR DISTRICT JUDGE

27

28