1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6
   Attorneys for Plaintiff
7  United States of America

8

9                      IN THE UNITED STATES DISTRICT COURT

10                         EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,              CASE NO. 1:11-CR-00213-AWI-BAM

13                 Plaintiff,               STIPULATION AND ORDER TO CONTINUE
                                            MOTION HEARING
14         v.

15  BRANDON GREENE,

16                 Defendant.

17

18         IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney

19  and Kimberly A. Sanchez, Assistant U.S. Attorney and Dale A. Blickenstaff, attorney for the defendant, that

20  the motion hearing set for September 3, 2013 at 1:30 pm before the Honorable Anthony W. Ishii be

21  continued to September 16, 2013 at 1:30 p.m.  The reason for the request is because undersigned counsel will

22  be out of the state attending to a family medical emergency on the east coast until at least September 8, 2016.

23  As the defendant's motions are pending, pursuant to 18 U.S.C. § 3161(h)(1)(D) provides for the delay from

24  the filing of the motion through the conclusion of the hearing on such motion is excludable.

25  ///

26  ///

27  ///

28  ///

   U.S. v. Greene Motion Hearing Stipulation           1

1  The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: August 27, 2013　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By    /s/ Kimberly A. Sanchez
　　　　　　　　　　　　　　　　　　　　　　KIMBERLY A. SANCHEZ
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated: August 27, 2013　　　　　　　　　　　/s/ Dale A. Blickenstaff
　　　　　　　　　　　　　　　　　　　　　　DALE A. BLICKENSTAFF
　　　　　　　　　　　　　　　　　　　　　　Attorney for Brandon Greene

IT IS SO ORDERED.

Dated:   August 27, 2013                    _____
　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

U.S. v. Greene Motion Hearing Stipulation　　　2