1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6
   Attorneys for Plaintiff
7  United States of America

8

9              IN THE UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,          | CASE NO. 1:11-CR-00213 AWI
13 |                   Plaintiff,       | STIPULATION AND ORDER TO CONTINUE
   |                                    | MOTIONS IN LIMINE HEARING AND TRIAL
14 |            v.                      | DATES
15 | BRANDON GREENE,
16 |                   Defendant.

17

18         IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and

19  Kimberly A. Sanchez, Assistant U.S. Attorney and Dale A. Blickenstaff, attorney for the defendant, that trial

20  set for July 1, 2014 at 8:30 am before the Honorable Anthony W. Ishii be continued to December 2, 2014 at

21  8:30 a.m.  The reason for the request is because an expert witness for the government is unavailable during

22  the first two weeks of July; and the defendant's wife is experiencing a complicated pregnancy with a due

23  date in September, 2014.  The defendant's wife will be called by the defense as a witness, and will be

24  available by December 2, 2014.  The parties further request that the hearing on motions in limine and status

25  conference previously set for June 16, 2014 be vacated, and the Court set a schedule for motions in limine

26  with Motions due on or before September 29, 2014; Opposition due Oct. 20, 2014; Replies to Opposition due

27  Nov. 3, 2014; Hearing on Motions In Limine and trial confirmation on Nov. 17, 2014 at 10:00 a.m..

28         The parties further request the Court to enter an Order finding that the "ends of justice" served by a

U.S. v. Greene Stipulation and Order                    1

continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: March 24, 2014                    Respectfully submitted,

                                                      BENJAMIN B. WAGNER
                                                    United States Attorney

                                     By    /s/ Kimberly A. Sanchez
                                                      KIMBERLY A. SANCHEZ
                                                      Assistant U.S. Attorney

Dated: March 24, 2014                    /s/ Dale A. Blickenstaff
                                                      DALE A. BLICKENSTAFF
                                                      Attorney for Brandon Greene

IT IS SO ORDERED.

Dated:   March 24, 2014                    _____
                                                     SENIOR  DISTRICT  JUDGE