# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
AUG 18 2014
CLERK, U.S. DISTRICT
EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **United States of America**<br>vs.<br>**Brandon Shawn Greene** | Case No. 1:11-CR-00213-AWI-BAM-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Brandon Shawn Greene__, have discussed with __Dan Stark__, Pretrial Services Officer, modifications of my release conditions as follows:

The following previously ordered condition of pretrial release pertaining to residence and travel is now modified as follows: The defendant shall reside at a residence approved by Pretrial Services and not move or be absent from the approved residence for more than 24 hours without prior approval of Pretrial Services; travel is restricted to California, Nevada, and Arizona, unless otherwise approved in advance by Pretrial Services.

All other conditions of release, not in conflict, shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 08/07/14         _____ 08/07/2014
Signature of Defendant    Date              Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                    8/18/14
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    8/7/14
Signature of Defense Counsel               Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on __8/18/14__.
[ ] The above modification of conditions of release is *not* ordered.

_____                    8/18/14
Signature of Judicial Officer              Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services