BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00213 AWI |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE TRIAL |
| v. | |
| BRANDON GREENE, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Dale A. Blickenstaff, attorney for the defendant, that the trial set for December 1, 2014 at 8:30 am before the Honorable Anthony W. Ishii be continued to April 14, 2015 at 8:30 a.m.  The reason for the request is because undersigned attorney for the government anticipates going on maternity leave on or about November 19, 2014, and will return around late-February.  Defense counsel has a trial scheduled in March, 2015, and for his availability requests mid-April 2015 for this trial. The parties further request that the Court set a schedule for motions in limine with Motions due on or before March 11, 2015; Opposition due March 25, 2015; Replies to Opposition due April 1, 2015; Hearing on Motions In Limine and trial confirmation on April 6, 2015.

    The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay

U.S. v. Greene Motion Hearing Stipulation      1

1  occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. §
2  3161(h)(7)(A).

4  Dated: August 28, 2014                    Respectfully submitted,

5                                            BENJAMIN B. WAGNER
                                             United States Attorney
6

7                                      By    /s/ Kimberly A. Sanchez
                                             KIMBERLY A. SANCHEZ
8                                            Assistant U.S. Attorney

9  Dated: August 28, 2014                    /s/ Dale A. Blickenstaff
10                                           DALE A. BLICKENSTAFF
                                             Attorney for Brandon Greene

13  IT IS SO ORDERED.

14  Dated:   August 29, 2014                 _____
                                             SENIOR  DISTRICT  JUDGE

U.S. v. Greene Motion Hearing Stipulation         2