IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>BRANDON GREENE,<br><br>        Defendant. | CASE NO. 1:11-CR-00213-AWI-BAM<br><br>ORDER ON GOVERNMENT'S MOTION TO DISMISS INDICTMENT |

   Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein be dismissed without prejudice against defendant Brandon Greene in the interest of justice.

IT IS SO ORDERED.

Dated:  February 20, 2015                    _____
                                              SENIOR DISTRICT JUDGE

Order                           1